IN THE UNITED STATES DISTRICT COURT
OF DELAWARE

| | |
|---|---|
| WIRELESSWERX IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>TRACKI INC.,<br>    Defendant. | Case No. 1:25-cv-00799-CFC<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF WILLIAM P. RAMEY, III

I, William P. Ramey, III, being of lawful age and first duly sworn, upon oath, depose and attest as follows:

1. My name is William P. Ramey, III. I am an attorney with the firm of Ramey, LLP, 5020 Montrose Blvd., Suite 800, Houston, Texas 77006; telephone number 713.426.3923; facsimile number 832.900.4941; email: wramey@rameyfirm.com.

2. I am currently licensed, in good standing, and admitted to practice before all courts in the State of Texas, having Texas State Bar number 24027643 and Federal Bar number 27206. Submitted herewith is a Certificate of Good Standing issued by the State Bar of Texas and the Supreme Court of Texas within the past 30 days.

3. I am currently licensed, in good standing, and admitted to practice before all courts in the State of Utah, having Utah State Bar number 10901. Submitted herewith is a Certificate of Good Standing issued by the State Bar of Utah within the past 30 days.

4. I have never been convicted of a felony.

5. I am familiar with the Local Rules of the U.S. District Court for the District of Delaware.

6. I have never been suspended, disbarred or denied admission by any court.

7. I have no disciplinary proceeding presently pending in any bar association that I am aware of other than the self-reporting I was required to by Magistrate Judge Kang's order attached as Exhibit A.

8. In a case pending in California, Magistrate Judge Kang censured and held me in contempt on March 26, 2025 (Exhibit A). An appeal and motion for a stay of Magistrate Judge Kang's sanction order was filed with the Court of Appeals for the Federal Circuit("CAFC") on April 12, 2025 (Exhibit B). The CAFC has indicated they are actively considering the matter and have requested Magistrate Judge Kang to finalize his Sanction Order, which is not believed final because of a pending motion for reconsideration/objections requiring resolution by the court in California.

9. When Magistrate Judge Kang issued the Order of Exhibit A, the District of Colorado changed my status as ineligible. However, I am in formed by the admissions office in the District of Colorado that this is automatic, but is being reviewed by the District's Admission Committee. I have received no communication from the District of Colorado regarding my eligibility to practice.

10. I wish to be admitted *pro hac vice* in order to represent WirelessWerx IP, LLC in this action and I respectfully request that the Court grant my motion of *pro hac vice*.

SIGNED this October 22, 2025.

_____
William P. Ramey, III