| Case No. | Case Name | Date Open | Date Closed |
|---|---|---|---|
| 1:22-cv-00740 | Missed Call, LLC v. Talkdesk, Inc. | 06/06/2022 | |
| 1:22-cv-00739 | Missed Call, LLC v. Freshworks, Inc. | 06/06/2022 | |
| 1:22-cv-00919 | Safe IP LLC v. Grammarly, Inc. | 07/11/2022 | |
| 1:22-cv-00918 | Safe IP LLC v. Copyleaks, Inc. | 07/11/2022 | |
| 1:22-cv-00920 | Safe IP LLC v. Proctorio, Inc. | 07/11/2022 | |
| 1:22-cv-00742 | Missed Call, LLC v. Twilio Inc. | 06/06/2022 | |
| 1:21-cv-00329 | AML IP, LLC v. Riot Games, Inc. | 03/02/2021 | 05/11/2021 |
| 1:21-cv-00413 | DatRec, LLC v. DrChrono, Inc. | 03/22/2021 | 05/13/2021 |
| 1:21-cv-00174 | AML IP, LLC v. Coinbase Global, Inc., et al. | 02/09/2021 | 05/17/2021 |
| 1:21-cv-00267 | DatRec, LLC v. Family Care Path, Inc. | 02/23/2021 | 05/17/2021 |
| 1:21-cv-00336 | DatRec, LLC v. Cancer IQ, Inc. | 03/04/2021 | 05/20/2021 |
| 1:21-cv-00266 | AML IP, LLC v. Kongregate, Inc. | 02/23/2021 | 05/24/2021 |
| 1:21-cv-00397 | DatRec, LLC v. Eyefinity, Inc. | 03/18/2021 | 06/03/2021 |
| 1:22-cv-00485 | Wireless Discovery LLC v. Zoosk, Inc. | 04/13/2022 | 08/08/2022 |
| 1:22-cv-00482 | Wireless Discovery LLC v. Hily Corp. | 04/13/2022 | 02/06/2023 |
| 1:22-cv-00484 | Wireless Discovery LLC v. The Meet Group, Inc. | 04/13/2022 | 02/06/2023 |
| 1:22-cv-00480 | Wireless Discovery LLC v. Eharmony, Inc. | 04/13/2022 | 02/06/2023 |
| 1:22-cv-00481 | Wireless Discovery LLC v. Grindr, Inc. | 04/13/2022 | 02/06/2023 |
| 1:22-cv-00478 | Wireless Discovery LLC v. Coffee Meets Bagel, Inc. | 04/13/2022 | 02/06/2023 |
| 1:22-cv-00479 | Wireless Discovery LLC v. Down App, Inc. | 04/13/2022 | 02/06/2023 |

| | | | |
|---|---|---|---|
| 1:22-cv-00931 | WFR IP LLC v. GN Audio USA Inc. | 07/12/2022 | 03/27/2023 |
| 1:17-cv-01302 | 360Heros, Inc. v. GoPro, Inc. | 09/13/2017 | 04/28/2023 |
| 1:22-cv-00932 | WFR IP LLC v. Skullcandy, Inc. | 07/12/2022 | 05/18/2023 |
| 1:22-cv-00613 | Ortiz & Associates Consulting, LLC v. Netgear, Inc. | 05/09/2022 | 10/20/2023 |