# GARIBIAN
## LAW OFFICES

November 20, 2025

*Via ECF*
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      RE:    **WirelessWerx IP, LLC v. Tracki Inc.**
              **(Case No. 1:25-cv-00799-CFC**)

Your Honor,

    I write to respectfully follow up on the hearing held earlier today. During the proceeding, the Court directed counsel to provide a list of cases filed by my firm in the United States District Court for the District of Delaware in which Ramey LLP was also involved.

    Pursuant to the Court's directive, the following matters are identified:

- **WirelessWerx IP, LLC v. Tracki Inc.**, Case No. 1:25-cv-00799-CFC

- **WirelessWerx IP, LLC v. Mazemap Inc.**, Case No. 1:25-cv-00877-CFC

- **VDPP, LLC v Clarius Mobile Health Corp.**, Case No. 1:25-cv-00570-MN

    I am available at the convenience of the Court to provide any supplemental materials or further clarification regarding any of these matters.

                        Respectfully submitted,

                        **Garibian Law Offices, P.C.**

      By: _____
             Antranig Garibian, Esq.

261 Old York Road, Unit 427, Jenkintown, PA 19046 • 18 East 41st Street, 6th Floor, New York, NY 10017
Brandywine Plaza East, 1523 Concord Pike, Suite 400, Wilmington, DE 19803
215.326.9179 • 302.722.6885 • ag@garibianlaw.com • www.garibianlaw.com