# GARIBIAN
## LAW OFFICES

December 8, 2025

*Via ECF*
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      RE:    **WirelessWerx IP, LLC v. Tracki Inc.**
                  **(Case No. 1:25-cv-00799-CFC)**
                  **Request for One-Week Extension Regarding Pro Hac Vice Motion**
                  **(D.I. 15)**

Your Honor,

      I write in response to the Court's December 4, 2025 Oral Order directing that, no later than December 9, 2025, I either withdraw the Motion for Pro Hac Vice Appearance of Mr. Ramey (D.I. 15) or notify the Court that I do not intend to withdraw it and wish the Court to rule on the motion.

      I am continuing to confer with Mr. Ramey regarding the issues raised at the November 20 hearing, and those discussions are still ongoing. In light of this, I respectfully request a brief one-week extension—to Tuesday, December 16, 2025—to allow us to finalize how we intend to proceed.

      This request is made in good faith and not for purposes of delay. I appreciate the Court's consideration.

                  Respectfully submitted,

                  **Garibian Law Offices, P.C.**

By: _____
     Antranig Garibian, Esq.

261 Old York Road, Unit 427, Jenkintown, PA 19046 • 18 East 41st Street, 6th Floor, New York, NY 10017
Brandywine Plaza East, 1523 Concord Pike, Suite 400, Wilmington, DE 19803
215.326.9179 • 302.722.6885 • ag@garibianlaw.com • www.garibianlaw.com