

December 9, 2025

<u>*Via ECF*</u>
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      RE:    <u>WirelessWerx IP, LLC v. Tracki Inc.</u>
             **(Case No. 1:25-cv-00799-CFC)**
             **Response to Court's December 4, 2025 Oral Order (D.I. 15)**

Your Honor,

      I write in response to the Court's December 4, 2025 Oral Order directing that, no later than today, I either withdraw the Motion for Pro Hac Vice Appearance of Mr. Ramey (D.I. 15) or notify the Court that I wish the Court to rule on it. At this time, I will be withdrawing the motion. I am doing so to allow Mr. Ramey additional time to provide me with certain information I have requested in light of the issues raised at the November 20, 2025 hearing. Once I have received and reviewed that information, we will determine whether a renewed motion is appropriate.

      Thank you for the Court's attention to this matter.

                          Respectfully submitted,

                          **Garibian Law Offices, P.C.**

      By: _____
              Antranig Garibian, Esq.