IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRELESSWERX IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRACKI INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00799-CFC |

**PROPOSED ORDER GRANTING JOINT MOTION TO STAY PENDING REEXAMINATION**

Before the Court is the Parties Joint Motion to Stay Pending Reexamination.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Signed this 7th day of January, 2026

_____
CHIEF UNITED STATES DISTRICT JUDGE